IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JOSEPH WALKER,
                Plaintiff,

v.                                        Case No. 20-cv-487

CITY OF MILWAUKEE,
POLICE OFFICER LISA PURCELLI,
POLICE OFFICER TANYA BOLL,
POLICE OFFICER BALBIR MAHAY,
POLICE OFFICER JEREMY GONZALEZ,
POLICE OFFICER DANIEL CLIFFORD,

                Defendants.

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Attorney Allysa B. Brown of OVB Law & Consulting, S.C., pursuant to Civil L.R. 7.1(e)(1), will no longer appear as attorney of record for the Plaintiff, Joseph Walker, in the above-captioned case due to Attorney Brown's departure from OVB Law & Consulting, S.C. Further, OVB Law & Consulting, S.C. will remain attorneys of record for Plaintiff, Joseph Walker. The undersigned respectfully requests that this Court accept Attorney Allysa B. Brown's withdrawal as counsel for Plaintiff, Joseph Walker, and be removed from the Court's e-filing notifications for the above-captioned case.

Dated in Milwaukee, Wisconsin this 30th day of September 2022.

                                                                      **OVB Law & Consulting, S.C.**
                                                                      *Attorneys for Plaintiff*

                                                                      *Electronically signed by*:
                                                                      *s/ Allysa Brown*

1

State Bar No. 1101511
*s/Samantha H. Baker*
State Bar No. 1101385
839 N. Jefferson Street, Suite 502
Milwaukee, WI 53202
(414) 585-0588 (office)
(414) 255-3031 (fax)
allysa@ovblaw.com
samantha@ovblaw.com