UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Joseph Walker,

                                             Plaintiff,      Case No. 20-CV-487

    v.

**MINUTE SHEET**

City of Milwaukee, *et al.*,

                                           Defendants.

---

**Hon. Nancy Joseph, presiding.**          **Deputy Clerk:** Ross Miller

**Type of Proceeding:** STATUS CONFERENCE

**Date:** June 28, 2023 at 10:30am          **Court Reporter:** Zoom Audio

**Time Commenced:** 10:32am          **Time Concluded:** 10:49am

**Appearances:**     **Plaintiff:**   Ohioma Ovbiagele, Samantha Huddleston Baker

                      **Defendant:**   Anthony Jackson

**Comments:**

Matter in Court on Defendants' Motion to Adjourn Trial (ECF No. 70).

Court received objection to motion by Plaintiff and Affidavit in Support by Defendants. Court will reschedule the trial. On request of Plaintiff, Court will also reset deadlines and Final Pretrial Hearing date. Parties were reminded that there will be no further adjournments of these new trial dates barring exceptional circumstances.

Court GRANTED Defendant's Motion to Adjourn Trial (ECF No. 70). Court set the following new deadlines and dates:

Parties shall complete any Mediation by October 2, 2023.

Final Pretrial Reports/*Motions in Limine* due by October 2, 2023.

Any objections due by October 9, 2023.

Final Pretrial Conference set for Monday October 16, 2023 at 10:00am via Zoom.

Jury Trial set to commence Monday November 6, 2023 at 8:00am for a 1-week trial.

Court will issue an Amended Trial Scheduling Order.