UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Joseph Walker,

                Plaintiff,

v.                                        Case No. 20-CV-0487

City of Milwaukee,
Police Officer Lisa Purcelli,
Police Officer Tanya Boll,
Police Officer Balbir Mahay,
Police Officer Jeremy Gonzalez,
Police Officer Daniel Clifford,
With Police Officer John Doe #1-10,

                Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the City Attorney, Tearman Spencer, by Clint Muche, Assistant City Attorney, represents and appears for defendants, in the above-entitled action, and demands that a copy of all proceedings subsequent to the summons and complaint herein be served at our office, at Suite 800, City Hall, 200 East Wells Street, Milwaukee, Wisconsin 53202-3551.

Dated at Milwaukee, Wisconsin this 17th day of July, 2023.

                TEARMAN SPENCER
                City Attorney

                s/Clint B. Muche
                CLINT B. MUCHE
                Assistant City Attorney
                State Bar No. 1131629
                *Attorneys for Defendants*

ADDRESS:
200 East Wells Street, Room 800
Milwaukee, WI 53202
Telephone: (414) 286-2601
Fax: (414) 286-8550
Email: cmuche@milwaukee.gov
1032-2020-658:286106