UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

Joseph Walker,

         Plaintiff,  Case No. 20-CV-487

  v.

               MINUTE SHEET

City of Milwaukee, *et al.*,

        Defendants.

---

**Hon. Nancy Joseph, presiding.**      **Deputy Clerk:** Ross Miller

**Type of Proceeding:** STATUS CONFERENCE

**Date:** November 20, 2023 at 10:00am    **Court Reporter:** Zoom Audio

**Time Commenced:** 10:07am       **Time Concluded:** 12:00pm

**Appearances:**   **Plaintiff:**   Ohioma Emil Ovbiagele, Samantha Baker, Nathaniel Cade Jr.

        **Defendant:**   Anthony Jackson, Clint Muche

**Comments:**

Matter in court to address outstanding pretrial issues. Court went over logistics of trial.

Court previously took Plaintiff *Motion in Limine* Number 3 under advisement. Parties made arguments. Court GRANTS Plaintiff's *Motion in Limine* Number 3. Defendants not allowed to present evidence after the fact regarding firearms found in the bedroom.

Court previously ruled on Plaintiff *Motion in Limine* Number 9 denying the motion. Plaintiff filed a Motion for Reconsideration (ECF No. 96) of the denial. Defendants filed a Response (ECF No. 101). Parties made arguments. Defendants not allowed to present the audio of the 911 call.

Court previously took Plaintiff's *Motion in Limine* Number 11 under advisement. Plaintiff filed a letter (ECF No. 92) regarding the motion and Defendants filed a letter (ECF No. 93) regarding the motion. Parties made arguments. **Defendants to provide a list of the time clips that they may use at trial to Plaintiff by noon on Friday November 24, 2023.**

Plaintiff filed *Motion in Limine* Number 13 (ECF No. 106) on November 13, 2023 regarding Mr. Gray's expert testimony. Parties generally do not dispute the motion. **Parties are to confer regarding Mr. Gray's testimony**.

Defendants filed *Motion in Limine* Number 12 (ECF No. 98) on November 6, 2023 regarding *Gilbert* instructions. Plaintiff filed a Response (ECF No. 102) on November 9, 2023. Parties made arguments. Court will take motion under advisement. **Parties are to file any supplements to their written and oral arguments by the end of business tomorrow November 21, 2023 and confer regarding this motion.**