UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOSEPH WALKER,

    Plaintiff,

v.                                                          Case No. 20-CV-487

CITY OF MILWAUKEE, et al.,

    Defendants.

**ORIGINAL**

## SPECIAL VERDICT FORM

We, the jury, empaneled and sworn to try the issues in this action, being directed by the court to answer the following questions submitted to us for verdict, find and answer as follows:

### CLAIM ONE: EXCESSIVE FORCE

**Question No. 1:** Has Joseph Walker proven by a preponderance of the evidence that any of the Defendants used unreasonable force against him on April 6, 2014? Please check "yes" or "no" for each name.

    ANSWER:    (a) Jeremy Gonzalez  __X__ YES  _____ NO

                        (b) Balbir Mahay  __X__ YES  _____ NO

                        (c) Daniel Clifford  __X__ YES  _____ NO

                        (d) Tanya Boll  __X__ YES  _____ NO

*If you answered "yes" to one or more of the defendants listed in Question No. 1, then answer Question No. 2. If you answered "no" to all of the defendants listed in Question No. 1, then proceed to Question No. 9.*

## COMPENSATORY DAMAGES

**Question No. 2**: What amount of money will fairly and reasonably compensate Joseph Walker for his injuries resulting from the use of excessive force?

ANSWER: $ 1,000,000

*After answering Question No. 2, proceed to Question No. 3.*

## PUNITIVE DAMAGES

**Question No. 3**: Has Joseph Walker proved by a preponderance of the evidence that punitive damages should be assessed against the Defendants? Please check "yes" or "no" for each name.

ANSWER:
(a) Jeremy Gonzalez ____ YES __X__ NO

(b) Balbir Mahay ____ YES __X__ NO

(c) Daniel Clifford ____ YES __X__ NO

(d) Tanya Boll ____ YES __X__ NO

*If you answered "yes" to one or more of the defendants listed in Question No. 3, then answer Question No. 4. If you answered "no" to all of the defendants listed in Question No. 3, then proceed to Question No. 5.*

**Question No. 4**: What amount of money, if any, do you assess as punitive damages against the individual defendant officers in Question No. 3 above?:

ANSWER: $_____

*Proceed to Question No. 5.*

2

## CLAIM TWO: FAILURE TO INTERVENE

**Question No. 5:** Has Joseph Walker proved by a preponderance of the evidence that any of the following Defendants failed to intervene to prevent the use of excessive force against him? Please check "yes" or "no" for each name.

ANSWER:  (a) Jeremy Gonzalez __X__ YES _____ NO

(b) Balbir Mahay __X__ YES _____ NO

(c) Daniel Clifford __X__ YES _____ NO

(d) Tanya Boll __X__ YES _____ NO

(e) Lisa Purcelli __X__ YES _____ NO

*If you answered "yes" to one or more of the defendants listed in Question No. 5, then answer Question No. 6. If you answered "no" to all of the defendants listed in Question No. 5, then proceed to Question No. 9.*

## COMPENSATORY DAMAGES

**Question No. 6:** What amount of money will fairly and reasonably compensate Joseph Walker for his injuries resulting from the failure to intervene?

ANSWER:  $ 1,000,000

*After answering Question No. 6, proceed to Question No. 7.*

## PUNITIVE DAMAGES

**Question No. 7:** Has Joseph Walker proved by a preponderance of the evidence that punitive damages should be assessed against the Defendants? Please check "yes" or "no" for each name.

ANSWER:  (a) Jeremy Gonzalez _____ YES __X__ NO

(b) Balbir Mahay _____ YES __X__ NO

(c) Daniel Clifford _____ YES __X__ NO

(d) Tanya Boll _____ YES __X__ NO

(e) Lisa Purcelli _____ YES __X__ NO

3

*If you answered "yes" to one or more of the defendants listed in Question No. 7, then answer Question No. 8. If you answered "no" to all of the defendants listed in Question No. 7, then proceed to Question No. 9.*

**Question No. 8**: What amount of money, if any, do you assess as punitive damages against the individual defendant officers in Question No. 7 above?:

ANSWER: $_____

*Proceed to Question No. 9.*

### CLAIM THREE: FAILURE TO TRAIN

**Question No. 9**: Has Joseph Walker shown by a preponderance of the evidence that the City of Milwaukee has a custom of failing to train its officers in interacting with individuals with mental health crises that caused a violation of Joseph Walker's Constitutional rights? Please check "yes" or "no."

ANSWER: _____YES \_\_\_\_X\_\_\_\_NO

*If you answered "yes" to Question No. 9, then answer Question No. 10. If you answered "no" to Question No. 9, stop.*

### COMPENSATORY DAMAGES

**Question No. 10**: What amount of money will fairly and reasonably compensate Joseph Walker for his injuries resulting from the failure to train?

ANSWER: $_____

*Please sign and date the final page of this verdict form.*

_____*[signature]*_____    12/1/23
Foreperson                                Date