UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOSEPH WALKER,

    Plaintiff,

    v.                                     Case No. 20-CV-487

CITY OF MILWAUKEE, et al.,

    Defendants.

---

## ORDER OF REPRIMAND

---

A jury trial in this case was held before this Court from November 27 through December 1, 2023. On Monday, December 4, 2023, it came to the Court's attention that photographs appeared in the Milwaukee Journal Sentinel and the Wisconsin Law Journal showing Attorney Emil Ovbiagele, Attorney Samantha Baker, and Attorney Nathaniel Cade, and/or counsel along with their client, plaintiff Joseph Walker, in one of the courtrooms in the Milwaukee federal courthouse. The Court is informed that one of plaintiff's counsel requested that a court employee take one of the photographs and that another photograph was taken by plaintiff's counsel.

General Local Rule 83(a)(1) of the Local Rules for the Eastern District of Wisconsin states as follows:

> (a) Courthouse.
>
> (1) Photographing, Broadcasting, and Recording. No one may take any photographs of, make any recordings in, or make any broadcasts from any of the courtrooms, jury rooms adjacent to the courtrooms, libraries, the grand jury room and adjacent areas, or the corridors located on the second, third and fourth floors of the Federal Courthouse in Milwaukee or the court-occupied space in Green Bay, without first obtaining written permission from

> the person in charge of those offices. These prohibitions do not apply to ceremonial proceedings.

This is not a new local rule and plaintiff's counsel are not novice litigators. Particularly Attorney Cade, who has been litigating cases in this district for over two decades, should have been aware of this local rule and the inappropriate nature of requesting court staff's involvement in violating the rule.

General Local Rule 83(f) provides that the Court may impose appropriate sanctions on any attorney who fails to comply with a local rule. While the Court has considered imposing monetary sanctions on Attorneys Ovbiagele, Baker, and Cade for their conduct, given that the participation of a member of the Court's staff may have left the incorrect impression that taking a photograph in the courtroom was permissible, the Court finds that this public admonishment is a sufficient sanction for violation of the local rule in this instance. Attorneys Ovbiagele, Baker, and Cade are ordered to not distribute or share these photographs further and to the extent any of the photographs currently appear on social media or other websites, to remove the photographs immediately.

Attorneys Ovbiagele, Baker, and Cade are warned that the Court takes this violation by counsel very seriously and should counsel violate this rule again before any Court in this district, sanctions, including but not limited to monetary sanctions, will be imposed. This Order will be circulated to all judges of the Eastern District of Wisconsin.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 5th day of December, 2023.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge

3