# United States District Court
EASTERN DISTRICT OF WISCONSIN

**JOSEPH WALKER,**
        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

   v.

Case No. 20-CV-487

**CITY OF MILWAUKEE, LISA PURCELLI,
TANYA BOLL, BALBIR MAHAY,
JEREMY GONZALEZ, and DANIEL CLIFFORD,**
        Defendants.

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff, Joseph Walker, recover $1,000,000 in compensatory damages on his claim of Excessive Force against the named defendants, City of Milwaukee, Lisa Purcelli, Tanya Boll, Balbir Mahay, Jeremy Gonzalez, and Daniel Clifford.

**IT IS FURTHER ORDERED** that the plaintiff, Joseph Walker, recover $1,000,000 in compensatory damages on his claim of Failure to Intervene against the named defendants, City of Milwaukee, Lisa Purcelli, Tanya Boll, Balbir Mahay, Jeremy Gonzalez, and Daniel Clifford.

**IT IS FURTHER ORDERED** that the plaintiff, Joseph Walker, recover nothing on his claim of Failure to Train.

**IT IS FINALLY ORDERED** that this action is **TERMINATED**.

Approved: _/s/ Nancy Joseph_
NANCY JOSEPH
United States Magistrate Judge

Dated: March 29, 2024

GINA M. COLLETTI
Clerk of Court

*s Ross Miller*
(By) Deputy Clerk