UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOSEPH WALKER,

    Plaintiff,

v.                                      Case No.: 20-CV-487

CITY OF MILWAUKEE, et al.

    Defendants.

## NOTICE OF WITHDRAWAL OF ATTORNEY S. TODD FARRIS

PLEASE TAKE NOTICE that Attorney Clint B. Muche, hereby moves the Court to accept the withdrawal of Attorney S. Todd Farris as counsel for the defendants, due to his resignation from city service, and to remove his name from the court's efiling distribution list.

Dated and signed at Milwaukee, Wisconsin this 1st day of July, 2024.

                EVAN C. GOYKE
                City Attorney

                s/Clint B. Muche
                CLINT B. MUCHE
                Assistant City Attorney
                State Bar No. 1131629
                *Attorneys for Defendants*

ADDRESS:
200 East Wells Street, Room 800
Milwaukee, WI 53202
Telephone: (414) 286-2601
Fax: (414) 286-8550
Email: cmuche@milwaukee.gov

1032-2020-658/292184