# United States District Court
EASTERN DISTRICT OF WISCONSIN

**JOSEPH WALKER,**
   **Plaintiff,**

           **AMENDED JUDGMENT IN A CIVIL CASE**

  v.

           Case No. 20-CV-487

**CITY OF MILWAUKEE, LISA PURCELLI,
TANYA BOLL, BALBIR MAHAY,
JEREMY GONZALEZ, and DANIEL CLIFFORD,**
   **Defendants.**

---

☑  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff, Joseph Walker, recover $1,000,000 in compensatory damages on his claims of Excessive Force and Failure to Intervene against the named defendants, City of Milwaukee, Lisa Purcelli, Tanya Boll, Balbir Mahay, Jeremy Gonzalez, and Daniel Clifford.

**IT IS FURTHER ORDERED** that the plaintiff, Joseph Walker, recover nothing on his claim of Failure to Train.

**IT IS FINALLY ORDERED** that this action is **TERMINATED**.

          Approved: _____
                NANCY JOSEPH
                United States Magistrate Judge

Dated: July 30, 2024

                GINA M. COLLETTI
                Clerk of Court

                *s Ross Miller*
                _____
                (By) Deputy Clerk