# United States District Court
EASTERN DISTRICT OF WISCONSIN

**JOSEPH WALKER**,
        Plaintiff,

        **AMENDED JUDGMENT IN A CIVIL CASE**

  v.

        Case No. **20-CV-487**

**CITY OF MILWAUKEE, LISA PURCELLI,
TANYA BOLL, BALBIR MAHAY,
JEREMY GONZALEZ, AND DANIEL CLIFFORD,**
        Defendants.

---

☑     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff, Joseph Walker, recover $1,000,000 in compensatory damages on his claims of Excessive Force against the named defendants, Tanya Boll, Balbir Mahay, Jeremy Gonzalez, and Daniel Clifford.

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiff, Joseph Walker, recover $1,000,000 in compensatory damages on his claims of Failure to Intervene against the named defendants, Lisa Purcelli, Tanya Boll, Balbir Mahay, Jeremy Gonzalez, and Daniel Clifford.

**IT IS FURTHER ORDERED** that the plaintiff, Joseph Walker, recover nothing on his claim of Failure to Train.

**IT IS FINALLY ORDERED** that this action is **TERMINATED**.

        Approved: _/s/ Nancy Joseph_
        NANCY JOSEPH
        United States Magistrate Judge

Dated: October 11, 2024

        GINA M. COLLETTI
        Clerk of Court

        *s/ Evan Romel*
        (By) Deputy Clerk