UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**JOSEPH WALKER,**

    Plaintiff,

    v.                                        Case No. 20-CV-487

**CITY OF MILWAUKEE, et al.,**

    Defendants.

## ORDER APPROVING BOND

On July 29, 2024, I granted the Defendants' motion to post bond pursuant to Fed. R. Civ. P. 62(b) on behalf of the individual defendants in this case. (Docket # 168.) On August 23, 2024, I clarified that the bond would be in the amount of the $2 million jury verdict along with attorney's fees and costs. Defendants have paid bond in the amount of $2,321,297.15 into the Clerk of Court. Pursuant to Fed. R. Civ. P. 62(b), a stay on execution of the judgment takes effect when the Court approves the bond and remains in effect for the time specified in the bond.

The bond is hereby approved. The stay remains in effect during the pendency of the cross-appeals in *Walker v. City of Milwaukee, et al.*, Appeal Nos. 24-3058 & 24-3131 (7th Cir.).

    **SO ORDERED**.

Dated at Milwaukee, Wisconsin this 4th day of December, 2024.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge

2